UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LAIRON GRAHAM,<br><br>      Plaintiff,<br>v.<br><br>COUNTY OF ERIE; TIMOTHY B. HOWARD, ERIE COUNTY SHERIFF, in his Individual and Official Capacities; ROBERT KOCH, SUPERINTENDENT OF ERIE COUNTY HOLDING CENTER, in his Individual and Official Capacities; ANTHONY BILLITTIER, IV, ERIE COUNTY HEALTH COMMISSIONER, in his Individual and Official Capacities; MEAGAN MARY MILLER, RPA-C; DR. JEFFREY WILLIAM MYERS, D.O.; OTHER JANE DOES, NURSES; and OTHER JOHN DOES, ERIE COUNTY SHERIFF'S DEPUTIES,<br><br>      Defendants. | Civil Action No. 1:11-cv-0605-WMS-JJM<br><br>**STIPULATION OF DISMISSAL** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed against ALL REMAINING DEFENDANTS, with prejudice, without costs to any party.

Dated: Buffalo, New York
   December 9, 2014

By: _____
  Matthew A. Parham
  *Attorney for Plaintiff*
  237 Main Street, Suite 1130
  Buffalo, New York 14203
  716-828-8422
  matthew@matthewparhamlaw.com

By: _____
  Ericka Bennett
  Erie County Department of Law
  *Attorneys for Defendants County of Erie;*
  *Timothy B. Howard; Robert Koch; and*
  *Anthony Billittier, IV*
  95 Franklin Street, Room 1634
  Buffalo, NY 14202
  716-858-2225
  Ericka.Bennett@erie.gov